UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHRISTOPHER JUNIEL,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No.: 1:20-cv-0421 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 23) |

On August 19, 2021, Michael Christopher Juniel and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated for the award of attorney's fees and expenses in the amount of $5,804.89 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 23)  Accordingly, the Court **ORDERS:**  Subject to the terms of the stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $5,804.89 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

　　Dated: __**August 20, 2021**__　　　　　__ /s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).